NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney
TIMOTHY R. BOLIN, SBN 259511
Special Assistant United States Attorney
     Social Security Administration
     Office of the General Counsel
     160 Spear St Ste 800
     San Francisco, CA 94105
     Telephone: (415) 977-8982
     Facsimile: (415) 744-0134
     Email: timothy.bolin@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| JOSEFINA AMARAL HERNANDEZ,<br><br>     Plaintiff,<br><br>       v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>     Defendant. | No. 8:19-cv-01386-RAO<br><br>[~~PROPOSED~~] JUDGMENT OF REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

1       Having approved the parties' joint stipulation to voluntary remand

2 pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE

3 COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

4

5 Date: December 10, 2019

_____

6 HON. ROZELLA A. OLIVER
United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28